IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In re: ) Case No 15-43871-705
    Arlester Hopson )
) Chapter 7
)

## Certificate of Compliance

Comes Now, Attorney Dean Meriwether, attorney for Debtor, Arlester Hopson, Certifies that Amended Rule Statements 2016(b) have been filed in the attached list of cases to comply with the Courts Order dated 08/27/2015, Document # 32.

Respectfully submitted,

_____
Dean Meriwether #48336
Law Office of Dean Meriwether
3919 Washington Ave
St. Louis, Mo 63108
(314)533-4357
(314)533-4356
attydeanmeriwether@yahoo.com

Certificate of Service

I hereby certify that a true and correct copy of the above and forgoing was served either through the Courts ECF system or by regular mail this 3th day of September, 2015 on the following:

James Robinson
3919 Washington
St. Louis, Mo 63108

Office of US Trustee
111 S. Tenth St Ste 6.353
St. Louis, Mo 63102

Robert Blackwell
PO Box 310
O'Fallon, Mo 63366

David Sosne
8909 Ladue Rd
St. Louis MO 63124

Tom O'Loughlin
1736 N. Kingshighway
Cape Girardeau, Mo 63701

Kristen Conwell
PO Box 56550
St. Louis, Mo 63156