**United States Bankruptcy Court**
**Eastern District of Missouri**

In re  Arlester Hopson                                                    Case No.  **15-43871**
                              Debtor(s)                                    Chapter    **7**

## NOTICE OF AMENDMENT TO SCHEDULES AND/OR MATRIX TO ADD CREDITOR(S)

To: Creditor(s) listed below: *(insert creditor names and addresses or attach list)*

**DENIED**
Stricken/denied; certificate of service contains obviously false statement regarding date of service.
Sep 08, 2015
CHARLES E. RENDLEN, III
UNITED STATES BANKRUPTCY JUDGE

*PRESTIGE FINANCIAL SERVICES*
*P.O. BOX 26707*
*SALT LAKE CITY, UT 84126*

1. __X__ **Amended Schedules**
   __X__ **Amended Creditor Matrix and Verification of Matrix**
   You are hereby notified that the above Debtor(s) filed Amended Schedules and/or Matrix and added you as a creditor in this case. The following documents are attached for you. *(Check all that are attached)*
   ____ A copy of the most recently filed Schedule listing you as a creditor;
   ____ A copy of the original Order and Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines showing the debtor=s full social security number;
   ____ A copy of any order or notice that set a deadline by which proofs of claim are or were to be filed along with a proof of claim form, if applicable.

2. **Claims.** You are further notified that: *(Check one option)*
   __X__ This is a no-asset case. It is unnecessary to file a claim now. If it is determined there are assets to distribute, creditors will receive a notice setting a deadline to file claims.
   ____ This is an asset case. You may file a proof of claim by the deadline specified in the order or notice that set a deadline by which proofs of claim are or were to be filed, or within 30 days of the date of service of this notice, whichever is later.

3. **Discharge.** You are further notified that you may file a complaint to determine dischargeability pursuant to 11 U.S.C. ' 523(c) or to object to discharge pursuant to 11 U.S.C. ' 727(c) not later than sixty (60) days after the date on the certificate of service of this notice, or within the time originally set for filing such a complaint, whichever is later.

Date: 9-3-15                              /s/ Dean Meriwether Attorney at Law #48336

### Certificate of Service

I, Dean Meriwether, certify the above Notice and a copy of the designated documents were served on the listed creditors(s) by first-class, postage prepaid mail, on this 3rd day of August, 2015.
*(If the creditor names do not appear above, list them below)*

Dean Meriwether Attorney at Law #48336
3919 Washington Blvd.
St. Louis, MO 63108
314-533-4357 office
314-533-4356 fax
email: attydeanmeriwether@yahoo.com

*(Instructions: File and serve this notice and serve, but do not file, the referenced documents. Use the CM/ECF Event*