IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case No. 15-43871-705 |
| | § | |
| Arlester Hopson, | § | Chapter 7 |
| | § | |
| Debtor. | § | [Docket No. 51] |

## ORDER STRIKING NOTICE OF AMENDMENT TO SCHEDULES FILED ON SEPTEMBER 9, 2015

On September 3, 2015, Dean Meriwether, attorney for the Debtor, filed a Notice of Amendment to Schedules [Docket No. 40]. The Certificate of Service attached thereto represented that the Notice of Amendment had been served on August 3, 2015. On September 8, 2015, the Court entered an order striking the Notice of Amendment [Docket No. 46], noting that: "certificate of service contains obviously false statement regarding date of service." On September 9, 2015, Meriwether filed a new Notice of Amendment to Schedules [Docket No. 51]. This new Notice is dated September 9, 2015. However, the Certificate of Service attached thereto states that: "the above Notice and a copy of the designated documents were served on the list creditor(s) by first-class, postage prepaid mail, on this the 3rd day of September, 2015." It is not possible that "the above Notice," which was executed on September 9, 2015, could have been served on September 3, 2015. Accordingly, the Court **ORDERS** that this new Notice of Amendment, filed on September 9, 2015, also be stricken due to its false statement on the Certificate of Service. Meriwether is invited to file another Notice of Amendment, with an accurate and non-false Certificate of Service.

DATED: September 10, 2015
St. Louis, Missouri 63102
mtc

CHARLES E. RENDLEN, III
U.S. Bankruptcy Judge

1

Copy Mailed To:

**Dean D. Meriwether**
Law Offices of Dean Meriwether
3919 Washington Avenue
St. Louis, MO 63108

**Mary E. Lopinot**
P.O. Box 16025
St. Louis, MO 63105

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102