IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In re: | § | Case No. 15-43871-705 |
| | § | |
| **Arlester Hopson,** | § | Chapter 7 |
| | § | |
| Debtor. | § | |

## NOTICE REGARDING THE PROFESSIONAL AFFILATION OF ATTORNEY ROBERT JAMES DELLAMANO WITH THE CRITIQUE SERVICES BUSINESS AND ATTORNEY DEAN MERIWETHER

Dean Meriwether is an attorney affiliated with the low-cost "bankruptcy services" business currently operating at 3919 Washington Blvd., St. Louis, Missouri (the "Critique Services business"). Meriwether is under contract with Critique Services L.L.C. (a non-law firm entity owned by a non-lawyer, Beverly Holmes Diltz), has registered to himself with the Missouri Secretary of State the fictitious name "Critique Services," has represented to the Court that he does business as "Critique Services," and lists his business address with the Court as that of the Critique Services business office at 3919 Washington Blvd.

Over the years, Critique Services L.L.C., Diltz, Diltz's previous permutations of "Critique"-named businesses, and attorneys and non-attorneys affiliated with Diltz's various businesses have been enjoined by this Court for their unprofessional and unlawful business practices. Several attorneys affiliated with Diltz's "Critique"-named bankruptcy services businesses have been suspended, sanctioned or disbarred for their activities while affiliated with Diltz's businesses. Meriwether became involved with the Critique Services business following the June 2014 suspension of the Critique Services business attorney, James C. Robinson.

On July 22, 2015, the Court held a hearing in this Case on a motion for relief from the automatic stay. Prior to the hearing, Meriwether failed to respond on behalf of his client, the Debtor. Then, Meriwether failed to appear at the July 22 hearing on behalf of the Debtor. The Debtor, however, did appear at the July 22 hearing, without his counsel. At the hearing, the Debtor made numerous,

1

troubling representations regarding Meriwether's role in this Case, including the representations that the Debtor had never even met Meriwether and that the Debtor had been advised by staff at the Critique Services business that he should appear without counsel at the July 22 hearing. After issuing a show cause order, and after Meriwether failed to show cause as to why sanctions should not be imposed upon him, on August 27, 2015, the Court entered an Order [Docket No. 32] suspending Meriwether's privilege to use the Court's electronic docketing system ("CM-ECF") and the Court's exteriorly located dropbox. The Court also directed Meriwether to file (i) amended Rule 2016 Attorney Compensation Disclosure statements in all cases pending before the undersigned Judge in which Meriwether currently is counsel of record, and (ii) a certificate of compliance with a list of all cases in which such amended Rule 2016 statements were filed. Meriwether, however, failed to timely comply with the requirement that he file the certificate of compliance with the list. Accordingly, on September 8, 2015, the Court entered an Order [Docket No. 45], sanctioning Meriwether $100.00 a day for each day of non-compliance since the certificate of compliance had been due on September 4, 2015. On September 9, 2015, Meriwether paid the accrued $500.00 in sanctions and filed the certificate of compliance and list.

On September 14, 2015, an attorney named Robert James Dellamano sought CM-ECF training from the Office of the Clerk for the U.S. Bankruptcy Court (the "Clerk's Office"). He advised the Clerk's Office that he is not licensed to practice in Missouri and is not admitted to practice before this Court, but that he is in the process of seeking to be admitted to practice before the Court. He also advised that he has been working with Meriwether at the Critique Services business since July 2015—apparently, despite not being licensed to practice in this state and despite not being admitted to practice before this Court. On the training sign-in sheet, Dellamano indicated that he is an attorney and listed his "firm" as "Critique."[1] The Clerk's Office provided Dellamano with requested

---

[1] Attachment A.

2

training, but declined Dellamano's request for a CM-EFC log-in (a CM-ECF log-in is available only to an attorney admitted to practice before the Court). The Clerk's Office also notified Chambers of its interactions with Dellamano, as it is unusual for an attorney who is not licensed in this state and is not admitted to practice before this Court to seek CM-ECF training.

The Court has confirmed that Dellamano was admitted to practice in Illinois in February 2013, and is not admitted to practice in Missouri. According to the records available on the website of the Illinois Supreme Court, Dellamano's registered business address is the Critique Services business office on Washington Blvd. in St. Louis, Missouri.[2] He has no registered business address in Illinois.

The Court is uncertain of what role Dellamano has had at the Critique Services business for the past several months, given his lack of a Missouri law license. However, out of an abundance of caution (and in light of the fact that, in the past, persons affiliated with the Critique Services business have had to be enjoined from the unauthorized practice of law), the Court provides **NOTICE** that, unless and until Dellamano is admitted to practice before this Court, he may not practice law or otherwise render legal services or advice of any kind in connection with any case that has been filed or is anticipated to be filed in this Court, whether such practice or services would be rendered inside or outside the courtroom. He may not appear at a § 341 meeting on behalf of any debtor in any case that has been filed in this Court, as he cannot serve as the attorney of record for a debtor.

The Court also encourages Dellamano (if he intends to practice before this Court) to familiarize himself with the Local Bankruptcy Rules (including the Rule related to the prohibition on the "unbundling" of legal services in main bankruptcy cases) and recognize the importance of honesty with the Court, appearing on behalf of clients when court appearances are required for advocacy, and properly handling attorney fees. Hopefully, Dellamano can avoid committing the same

---

[2] <u>Attachment B</u>.

violations that Meriwether and Robinson committed while practicing before this Court while affiliated with the Critique Services business.

      The Court **DIRECTS** the Clerk's Office to provide a copy of this Notice to Dellamano at Critique Services, 3919 Washington Blvd., St. Louis, MO 63108.

DATED: September 18, 2015            CHARLES E. RENDLEN, III
St. Louis, Missouri 63102              U.S. Bankruptcy Judge
mtc

**Copy Mailed To:**

**Dean D. Meriwether**
Law Offices of Dean Meriwether
3919 Washington Avenue
St. Louis, MO 63108

**Robert Dellamano**
Attorney at Critique Services
3919 Washington Avenue
St. Louis, MO 63108

**Mary E. Lopinot**
P.O. Box 16025
St. Louis, MO 63105

**Office of US Trustee**
111 S Tenth St, Ste 6.353
St. Louis, MO 63102

4

**ATTACHMENT A**

# Basic Debtor Attorney Training
## Monday, September 14, 2015

| Name (please print) | Firm | Phone Number | Attorney? Yes or No |
|---|---|---|---|
| Bob Dellamano | Critique | 435-419-0595 | Yes |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
| ███ | ███ | ███ | ███ |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Trainer: ███



# ATTACHMENT B



Lawyer Search

Lawyer Registration

How to Submit a Request For Investigation

Rules and Decisions

Ethics Inquiry Program

Publications

New Filings, Hearing Schedules and Clerk's Office

Client Protection Program

Resources & Links

ARDC Organizational Information

## LAWYER SEARCH: ATTORNEY'S REGISTRATION AND PUBLIC DISCIPLINARY RECORD

ARDC Individual Attorney Record of Public Registration and Public Disciplinary and Disability Information as of September 17, 2015 at 1:13:22 PM:

| | |
|---|---|
| Full Licensed Name: | Robert James Dellamano |
| Full Former name(s): | None |
| Date of Admission as Lawyer by Illinois Supreme Court: | February 4, 2013 |
| Registered Business Address: | Dean D. Meriwether, Esq<br>3919 Washinton Blvd<br>Saint Louis, MO 63108-3507 |
| Registered Business Phone: | (314) 533-4357 |
| Illinois Registration Status: | Active and authorized to practice law  - Last Registered Year: 2015 |
| Malpractice Insurance: (Current as of date of registration; consult attorney for further information) | In annual registration, attorney reported that he/she does not have malpractice coverage. (Some attorneys, such as judges, government lawyers, and in-house corporate lawyers, may not carry coverage due to the nature of their practice setting.) |

**Public Record of Discipline and Pending Proceedings:**        None

Check carefully to be sure that you have selected the correct lawyer. At times, lawyers have similar names. The disciplinary results displayed above include information relating to any and all public discipline, court-ordered disability inactive status, reinstatement and restoration dispositions, and pending public proceedings. Investigations are confidential and information relating to the existence or status of any investigation is not available. For additional information regarding data on this website,

please contact ARDC at (312) 565-2600 or, from within Illinois, at (800) 826-8625.

ARDC makes every effort to maintain the currency and accuracy of Lawyer Search. If you find any typographical errors in the Lawyer Search information, please email [registration@iardc.org](mailto:registration@iardc.org). For changes to contact information, including address, telephone or employer information, we require that the attorney submit a change of address form. Please consult our [Address Change Requests](#) page for details. Name changes require the filing of a motion with the Supreme Court. Please consult our [Name Change Requests](#) page for details.

[Back to Search Results]

[New Search]

**[IARDC ®:online access to registration and discipline information regarding Illinois lawyers
 presented by the Illinois Attorney Registration & Disciplinary Commission.](#)**

[Lawyer Search](#)  |  [Lawyer Registration](#)  |  [How to Submit a Request For Investigation](#)
[Rules and Decisions](#)  |  [Ethics Inquiry Program](#)  |  [Publications](#)
[New Filings, Hearing Schedules and Clerk's Office](#)  |  [Client Protection Program](#)
[Resources & Links](#)  |  [ARDC Organizational Information](#)
[Website Information](#)  |  [Search Site](#)  |  [Home](#)

.